TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00678-CV

Daughters of Charity Health Services of Austin d/b/a Seton Medical Center, Appellant

v.

Evelyn Smith, Individually and as Personal Representative of the Estate of Hodsoll M. 

Skipper, Jr.; Texas Department of Protective and Regulatory Services, as Next

Friend of Charlie Skipper, a Minor; and John Quirein, as Next Friend of 

Rhiana Jane Quirein, a Minor, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 93-10425-B, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Appellant Daughters of Charity Health Services of Austin d/b/a Seton Medical
Center and appellees Evelyn Smith, Individually and as Personal Representative of the Estate of
Hodsoll M. Skipper, Jr.; Texas Department of Protective and Regulatory Services, as Next Friend
of Charlie Skipper, a Minor; and John Quirein, as Next Friend of Rhiana Jane Quirein, a minor,
move this Court to reverse the trial court's judgment and render judgment that appellees take
nothing except court costs. We grant the motion. Tex. R. App. P. 42.1(a)(1).

 We reverse the judgment of the trial court and render judgment that appellees take
nothing. Appellant will bear all costs.

Before Justices Powers, Kidd and B. A. Smith

Reversed and Rendered on Joint Motion

Filed: July 30, 1998

Do Not Publish